AMERICAN SURETY COMPANY OF NEW YORK, Appellant, *v.* WELLS WATER DISTRICT, TOWN OF WELLS, et al., Respondents.

CHARLES B. HANLEY et al., Plaintiffs, *v.* JOHN P. DUGAN & Co., INC., et al., Respondents, and AMERICAN SURETY COMPANY OF NEW YORK, Appellant.

Argued January 11, 1939; decided February 21, 1939.

*P. C. Dugan* for appellant.

*Edward S. Wood* for Morrell Vrooman, Inc., respondent.

*Charles E. Hardies* for Amsterdam City National Bank et al., respondents.

*Alfred D. Dennison, George N. Ostrander, Allen H. Pulsifer, Donald F. Boyle* and *Sydney G. Rosenthal* for Wells Water District et al.

*Douglas S. Rider* and *Nelson W. Dunham* for Thomas F. Monoghan & Son and William H. Fry, Inc., respondents.

Judgment affirmed, with one bill of costs; no opinion. (See 280 N. Y. 673.)

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.,